UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVAR BROWN, | Case No. 2:19-cv-02293-VAP-JC |
| Petitioner, | JUDGMENT |
| v. | |
| NUNIZ, | |
| Respondent. | |

In accordance with this Court's Order (1) Re "Mixed" Nature of Petition and Petitioner's Failure to Elect Option; (2) Dismissing Petition and Action; and (3) Directing Clerk to Enter Judgment Accordingly, IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed.

IT IS SO ADJUDGED.

DATED: December 9, 2019

_____
HONORABLE VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE